# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

| | | |
|---|---|---|
| MARIA DAPHNE WIGGINS WELCH, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CV416-271 |
| | ) | |
| SUE MICKENS, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

Petitioner Maria Daphne Wiggins Welch has filed a 28 U.S.C. § 2254 petition. Proceeding *pro se*, she endeavors to attack a judgment of conviction entered by the Chatham County Superior Court on February 8, 2014. Doc. 1 at 1. As she appears to be indigent, her motion for leave to proceed *in forma pauperis* is hereby **GRANTED**. Doc. 2.

Beginning December 1, 2015, the Attorney General for the State of Georgia has agreed to accept electronic service of § 2254 petitions on behalf of respondents, effective upon the entry of an Order directing a response to the petition. *See* MC415-022 (General Order entered Dec. 3, 2015, with attached Memorandum of Understanding between this Court and the Georgia Attorney General). Pursuant to that agreement, the

Court hereby **ORDERS** the respondent to file a response and to show cause why the relief sought should not be granted within 60 days of this Order's entry on the docket. The answer shall conform to the requirements of Rule 5 of the Rules Governing § 2254 Cases in the United States District Courts. Unless a preliminary dismissal motion obviates the need to do so, respondent shall furnish with the answer a copy of any trial transcripts, the transcripts of any state habeas corpus proceedings and orders of the state court denying the writ, and, if the petitioner appealed from the judgment of conviction or from an adverse judgment or order in a post-conviction proceeding, a copy of all appellate briefs and the opinion of the appellate court, if any.

      **SO ORDERED,** this 20th day of October, 2016.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA