

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

MARIA DAPHNE WIGGINS WELCH, )
)
    Petitioner, )
)
v. ) CASE NO. CV416-271
)
SUE MICKENS, )
)
    Respondent. )
)

# O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation. (Doc. 23.) Petitioner filed a "Motion Amendment by Substituting on Habeas Corpus Filing." (Doc. 24.) That document does not request any specific form of relief, but contains a collection of statements, letters, and state court filings. The Court will construe this document as an objection to the Report and Recommendation.

After a careful de novo review of the record, the Court concludes that Petitioner's objections are without merit. Accordingly, the Report and Recommendation is **ADOPTED** as the Court's opinion in this case. As a result, Petitioner's 28 U.S.C. § 2254 Petition is **DENIED**. In addition, Petitioner is not entitled to a Certificate of Appealability, rendering moot any request for in forma

pauperis status on appeal. The Clerk of Court is **DIRECTED** to close this case.

Petitioner's construed objections suffer from the same shortcomings as her previous filings. The objections offer no actual argument, but appear to be a collection of statements and documents that Petitioner believes support her claim for habeas relief. Despite its efforts, this Court has been unable to discern any grounds for relief contained in Petitioner's objections.

SO ORDERED this 27th day of June 2017.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA